U.S. BANKRUPTCY COURT
ENTERED
SEP 28 2009
Jon D. Ceretto, Clerk of Court
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

FILED
SEP 2 8 2009
DF

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD DEAN WALKER, *et al.*,<br><br>Debtor. | Case No. 6:09-bk-31424-PC<br><br>Chapter 13<br><br>ORDER SHORTENING TIME FOR HEARING ON MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE |

Upon consideration of the *ex parte* application pursuant to LBR 9075-1(b) seeking an order shortening time for a hearing on the Debtors' Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate ("Motion"), together with the declaration in support thereof, it is

ORDERED that the motion is granted, and that a hearing on the motion will be held at 9:30 a.m. on October 8, 2009, in the United States Bankruptcy Court, Courtroom # 304, 3420 Twelfth Street, Riverside, California; and it is further

ORDERED that telephonic notice of the hearing must be given not later than 5:00 p.m. on September 28, 2009, to each secured creditor, counsel for each secured creditor, if known, and the case trustee; and it is further

ORDERED that written notice of the hearing must be served not later than 5:00 p.m. on September 28, 2009, (a) to each secured creditor, counsel for each secured creditor, if known, and the case trustee by electronic service (if the person to be served is a registered CM/ECF User who has consented to electronic service) or by personal delivery, facsimile, or overnight mail; and (b) to all other parties in interest by first class mail; and it is further

ORDERED that the Motion, declarations, and other supporting documentation must be

ORIGINAL
Faxed to Mr. Dunn
at 749 472 5441
on 9/24/09 at 10:17 a.m.

1  served not later than 5:00 p.m. on September 28, 2009, on each secured creditor, counsel for
2  each secured creditor, if known, and the case trustee by electronic service (if the person to be
3  served is a registered CM/ECF User who has consented to electronic service) or by personal
4  delivery, facsimile, or overnight mail; and it is further
5      ORDERED that any opposition to the Motion must be filed with the court and served on
6  the movant not later than 4:00 p.m. on October 7, 2009, by electronic service (if the person to be
7  served is a registered CM/ECF User who has consented to electronic service) or by personal
8  delivery, facsimile, or overnight mail; and it is further
9      ORDERED that a file-stamped copy of any opposition to the Motion must be marked
10 "Judge's Copy" and delivered to the Judge's chambers not later than 4:00 p.m. on October 7,
11 2009; and it is further
12     ORDERED that a declaration by the movant establishing that telephonic notice, written
13 notice, and service was completed as set forth in this order must be filed not later than the date
14 and time of the hearing.
15     DATED: Sep 28, 2009

PETER H. CARROLL
United States Bankruptcy Judge

| In re: Edward Dean and Mary Ann Walker | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:09-bk-31424-PC |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ____ORDER SHORTENING TIME____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **09/28/2009**_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Rod (PC) Danielson    notice-efile@rodan13.com
- Gregory J Doan    ecf@doanlaw.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Edward Dean Walker
Maryann Walker
14886 Curry Street
Moreno Valley, CA 92553

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9075-1**

**ADDITIONAL SERVICE INFORMATION** (if needed):

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):

US MAIL:

Aurora Loan Services
Attn: Bankruptcy Dept.
Po Box 1706
Scottsbluff, NE 69363

Sears/cbsd
Po Box 6189
Sioux Falls, SD 57117

Target
Po Box 9475
Minneapolis, MN 55440

Home Comings Financial
Attention: Bankruptcy Dept
1100 Virginia Drive
Fort Washington, PA 19034

Bac / Fleet Bankcard
Po Box 26012
Greensboro, NC 27420

Barclays Bank Delaware
Attn: Customer Support
Department
Po Box 8833
Wilmington, DE 19899

Capital 1 Bank
Attn: C/O TSYS Debt
Management
Po Box 5155
Norcross, GA 30091

Chase - Toys R Us
800 Brooksedge Blvd
Westerville, OH 43081

Cpu/citi
Attn: Centralized Bankruptc
Po Box 20507
Kansas City, MO 64195

Direct Merchants Bank
Card Member Services - GSC
Po Box 5246
Carol Stream, IL 60197

DSRM National Bank/Diamond
Shamrock
Po Box 631
Amarillo, TX 79105

Texaco / Citibank
Attn.: Centralized Bankrupt
Po Box 20507
Kansas City, MO 64195

Exxmblciti
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

GEMB / Walmart
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076

Wachovia Dealer Services
2143 Convention Center Wc
#200
Ontario, CA 91764

Gmac
Po Box 12699
Glendale, AZ 85318

Sams Club
Attention: Bankruptcy
Department
Po Box 103104
Roswell, GA 30076

Hsbc Bank
Attn: Bankruptcy
Po Box 5253
Carol Stream, IL 60197

Kohls
Attn: Recovery
Po Box 3120
Milwaukee, WI 53201

Naco/thousand Trails
4343 N Scottsdale Rd Ste
Scottsdale, AZ 85251

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9075-1