FormCACB 104 (AO:presabuse)
(10/05)

## United States Bankruptcy Court
## Central District Of California

3420 Twelfth Street, Riverside, CA 92501−3819

# CLERK'S NOTICE OF PRESUMED ABUSED
# UNDER 11 U.S.C. § 707(b)(2)

**DEBTOR(S) INFORMATION:**
Edward Dean Walker
**SSN:** xxx−xx−3896
**EIN:** N/A
Maryann Walker
**SSN:** xxx−xx−8318
14886 Curry Street
Moreno Valley, CA 92553

**BANKRUPTCY NO.** 6:09−bk−31424−PC
**CHAPTER** 7

Insufficient information was filed with the petition in the above−captioned case to permit the clerk to make a determination concerning the presumption of abuse at the time of filing. Additional information subsequently filed by the debtor indicates that a presumption of abuse has arisen under § 11 U.S.C. 707(b)(2).

Creditors may have the right to file a motion to dismiss the case under § 11 U.S.C. 707(b)(2) of the Bankruptcy Code. Under § 11 U.S.C. 707(b)(2)(B) the debtor may rebut the presumption by showing special circumstances.

Dated: December 10, 2009

BY THE COURT,
**Jon D. Ceretto**
Clerk of Court

(Form rev. 10/05) VAN−104 ntcabuse

37 − 1 /

# CERTIFICATE OF NOTICE

```
District/off: 0973-6          User: kfirmanC              Page 1 of 2             Date Rcvd: Dec 10, 2009
Case: 09-31424                Form ID: van104             Total Noticed: 38

The following entities were noticed by first class mail on Dec 12, 2009.
db/jdb        +Edward Dean Walker,   Maryann Walker,   14886 Curry Street,   Moreno Valley, CA 92553-5018
aty           +Gregory J Doan,   25401 Cabot Rd Ste 119,   Laguna Hills, CA 92653-5530
tr            +Christopher R Barclay,   PO Box 26099,   Santa Ana, CA 92799-6099
smg            Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
                 Sacramento, CA  94280-0001
smg            Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,   Sacramento, CA  95812-2952
ust           +United States Trustee (RS),   3685 Main Street, Suite 300,   Riverside, CA 92501-2804
24604064      +Aurora Loan Services,   Attn: Bankruptcy Dept.,   Po Box 1706,   Scottsbluff, NE 69363-1706
24946044      +Aurora Loan Services LLC,   c/o McCarthy & Holthus, LLP,   1770 Fourth Avenue,
                 San Diego, CA 92101-2607
24604065      +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
24604066      +Barclays Bank Delaware,   Attn: Customer Support Department,   Po Box 8833,
                 Wilmington, DE 19899-8833
24604067      +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
24604068      +Chase - Toys R Us,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
24854148       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
24857089      +Chase Bank USA, N.A.,   C/O Creditors Bankruptcy Service,   P.O. Box 740933,
                 Dallas, TX 75374-0933
24604069      +Cpu/citi,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
24604071      +DSRM National Bank/Diamond Shamrock,   Po Box 631,   Amarillo, TX 79105-0631
24604070      +Direct Merchants Bank,   Card Member Services - GSC,   Po Box 5246,   Carol Stream, IL 60197-5246
24604073      +Exxmblciti,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
24604074      +GEMB / Walmart,   Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
24604076       Gmac,   Po Box 12699,   Glendale, AZ 85318
24604077      +Home Comings Financial,   Attention: Bankruptcy Dept,   1100 Virginia Drive,
                 Fort Washington, PA 19034-3204
24604078      +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
24604080      +Naco/thousand Trails,   4343 N Scottsdale Rd Ste,   Scottsdale, AZ 85251-3343
24725618      +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Exxonmobil,
                 POB 41067,   NORFOLK VA 23541-1067
25076784      +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o M-shell Consumer,
                 POB 41067,   NORFOLK VA 23541-1067
24919049      +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Sears,
                 POB 41067,   NORFOLK VA 23541-1067
24992924      +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,
                 c/o Target National Bank,   POB 41067,   NORFOLK VA 23541-1067
24974244      +PRA Receivables Management, Llc,   As Agent Of Portfolio Recovery Assocs.,   c/o Capital One,
                 POB 41067,   NORFOLK VA 23541-1067
24987203      +Residential Funding Company, LLC,   c/o GMAC Mortgage, LLC,   ATTN: Payment Processing,
                 3451 Hammond Avenue,   Waterloo, IA 50702-5345
24604082      +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
24604083      +Target,   Po Box 9475,   Minneapolis, MN 55440-9475
24604084      +Texaco / Citibank,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
24604085     ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
                (address filed with court: Wachovia Dealer Services,   2143 Convention Center Way #200,
                 Ontario, CA 91764)
24672161     ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
                (address filed with court: Wachovia Dealer Services,   PO Box 19657,   Irvine, CA. 92623-9657)
The following entities were noticed by electronic transmission on Dec 11, 2009.
24604079      +E-mail/PDF: cr-bankruptcy@kohls.com Dec 11 2009 00:43:20      Kohls,   Attn: Recovery,
                 Po Box 3120,   Milwaukee, WI 53201-3120
24826289      +E-mail/Text: bknotice@ncmllc.com                            National Capital Management, LLC.,
                 8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741,   USA
24725872       E-mail/PDF: BNCEmails@blinellc.com Dec 11 2009 00:42:51      Roundup Funding, LLC,   MS 550,
                 PO Box 91121,   Seattle, WA 98111-9221
24604081      +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2009 00:43:20      Sams Club,
                 Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 4
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24604072       Equiant Financial Svcs
24604075       Gemb/lowes Dc
                                                                                   TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0973-6        User: kfirmanC           Page 2 of 2              Date Rcvd: Dec 10, 2009
Case: 09-31424              Form ID: van104          Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2009**          **Signature:**   *Joseph Speetjens*