B18 (Official Form 18)(12/07)

## United States Bankruptcy Court
## Central District Of California

3420 Twelfth Street, Riverside, CA 92501−3819

# **DISCHARGE OF DEBTOR**

**DEBTOR INFORMATION:**
Edward Dean Walker

**BANKRUPTCY NO.** 6:09−bk−31424−PC

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−3896
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 2/24/10

**JOINT DEBTOR INFORMATION:**
Maryann Walker

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−8318
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** 2/24/10

**Address:**
POB 1346
Moreno Valley, CA 92556

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: February 24, 2010

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 03/09) VAN−30

52 − 32 / KXF

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-6           User: kfirmanC                Page 1 of 2                   Date Rcvd: Feb 24, 2010
Case: 09-31424                 Form ID: b18                  Total Noticed: 47

The following entities were noticed by first class mail on Feb 26, 2010.
db/jdb        +Edward Dean Walker,   Maryann Walker,    POB 1346,   Moreno Valley, CA 92556-1346
aty           +Angela M Fontanini,   4375 Jutland Dr Ste 200,    San Diego, CA 92117-3600
aty           +Christopher M McDermott,   4375 Jutland Dr Ste 200,    San Diego, CA 92117-3600
aty           +Doyna V Dardon,   McCarthy & Holthus,   1770 Fourth Ave,   San Diego, CA 92101-2607
aty           +Gregory J Doan,   25401 Cabot Rd Ste 119,    Laguna Hills, CA 92653-5530
aty           +Karen A Ragland,   5111 Dahlia Dr Ste A,    Los Angeles, CA 90041-1404
aty           +Ray Garwacki, Jr,   5111 Dahlia Dr Ste A,    Los Angeles, CA 90041-1404
tr            +Christopher R Barclay,   PO Box 26099,    Santa Ana, CA 92799-6099
smg            Employment Development Dept.,   Bankruptcy Group MIC 92E,    P.O. Box 826880,
                 Sacramento, CA 94280-0001
ust           +United States Trustee (RS),   3685 Main Street, Suite 300,    Riverside, CA 92501-2804
cr            +PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
cr            +WACHOVIA DEALER SERVICES, INC., a California corpo,    P.O. Box 51470,   Ontario, CA 91761-0070
24604064      +Aurora Loan Services,   Attn: Bankruptcy Dept.,    Po Box 1706,   Scottsbluff, NE 69363-1706
24946044      +Aurora Loan Services LLC,   c/o McCarthy & Holthus, LLP,    1770 Fourth Avenue,
                 San Diego, CA 92101-2607
24857089      +Chase Bank USA, N.A.,   C/O Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas, TX 75374-0933
24604069      +Cpu/citi,   Attn: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
24604071      +DSRM National Bank/Diamond Shamrock,    Po Box 631,   Amarillo, TX 79105-0631
24604073      +Exxmblciti,   Attn.: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
24604076       Gmac,   Po Box 12699,   Glendale, AZ 85318
24604077      +Home Comings Financial,   Attention: Bankruptcy Dept,    1100 Virginia Drive,
                 Fort Washington, PA 19034-3204
24604080      +Naco/thousand Trails,   4343 N Scottsdale Rd Ste,    Scottsdale, AZ 85251-3343
24725618      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,   c/o Exxonmobil,
                 POB 41067,   NORFOLK VA 23541-1067
25076784      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,   c/o M-shell Consumer,
                 POB 41067,   NORFOLK VA 23541-1067
24919049      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,   c/o Sears,
                 POB 41067,   NORFOLK VA 23541-1067
24992924      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
                 c/o Target National Bank,   POB 41067,   NORFOLK VA 23541-1067
24974244      +PRA Receivables Management, Llc,    As Agent Of Portfolio Recovery Assocs.,   c/o Capital One,
                 POB 41067,   NORFOLK VA 23541-1067
25315332      +Portfolio Recovery Associates, LLc,    P.O. Box 41067,   Norfolk, VA 23541-1067
24987203      +Residential Funding Company, LLC,    c/o GMAC Mortgage, LLC,   ATTN: Payment Processing,
                 3451 Hammond Avenue,   Waterloo, IA 50702-5345
24604082      +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
24604084      +Texaco / Citibank,   Attn.: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
24604085     ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
               (address filed with court: Wachovia Dealer Services,    2143 Convention Center Way #200,
                 Ontario, CA 91764)
24672161     ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
               (address filed with court: Wachovia Dealer Services,    PO Box 19657,   Irvine, CA. 92623-9657)

The following entities were noticed by electronic transmission on Feb 25, 2010.
aty           +EDI: RECOVERYCORP.COM Feb 24 2010 21:23:00      Ramesh Singh,   Recovery Management Systems Corp,
                 25 S E 2nd Ave Ste 1120,   Miami, FL 33131-1605
tr            +EDI: QCRBARCLAY.COM Feb 24 2010 21:23:00      Christopher R Barclay,   PO Box 26099,
                 Santa Ana, CA 92799-6099
smg            EDI: CALTAX.COM Feb 24 2010 21:23:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
                 Sacramento, CA  95812-2952
24604065      +EDI: BANKAMER.COM Feb 24 2010 21:18:00      Bac / Fleet Bankcard,   Po Box 26012,
                 Greensboro, NC 27420-6012
24604066      +EDI: TSYS2.COM Feb 24 2010 21:18:00      Barclays Bank Delaware,
                 Attn: Customer Support Department,   Po Box 8833,   Wilmington, DE 19899-8833
24604067      +EDI: CAPITALONE.COM Feb 24 2010 21:18:00      Capital 1 Bank,   Attn: C/O TSYS Debt Management,
                 Po Box 5155,   Norcross, GA 30091-5155
24604068      +EDI: CHASE.COM Feb 24 2010 21:23:00      Chase - Toys R Us,   800 Brooksedge Blvd,
                 Westerville, OH 43081-2822
24854148       EDI: CHASE.COM Feb 24 2010 21:23:00      Chase Bank USA, N.A.,   PO Box 15145,
                 Wilmington, DE 19850-5145
24604070      +EDI: HFC.COM Feb 24 2010 21:18:00      Direct Merchants Bank,   Card Member Services - GSC,
                 Po Box 5246,   Carol Stream, IL 60197-5246
24604074      +EDI: RMSC.COM Feb 24 2010 21:18:00      GEMB / Walmart,   Attention: Bankruptcy,   Po Box 103106,
                 Roswell, GA 30076-9106
24604078      +EDI: HFC.COM Feb 24 2010 21:18:00      Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,
                 Carol Stream, IL 60197-5253
24604079      +EDI: CBSKOHLS.COM Feb 24 2010 21:18:00      Kohls,   Attn: Recovery,   Po Box 3120,
                 Milwaukee, WI 53201-3120
24826289      +E-mail/Text: bknotice@ncmllc.com                             National Capital Management, LLC.,
                 8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741,   USA
24725872       EDI: BLINE.COM Feb 24 2010 21:23:00      Roundup Funding, LLC,   MS 550,   PO Box 91121,
                 Seattle, WA 98111-9221
24604081      +EDI: RMSC.COM Feb 24 2010 21:18:00      Sams Club,   Attention: Bankruptcy Department,
                 Po Box 103104,   Roswell, GA 30076-9104
24604083      +EDI: WTRRNBANK.COM Feb 24 2010 21:18:00      Target,   Po Box 9475,   Minneapolis, MN 55440-9475
                                                                                             TOTAL: 16
```

```
District/off: 0973-6          User: kfirmanC              Page 2 of 2              Date Rcvd: Feb 24, 2010
Case: 09-31424                Form ID: b18               Total Noticed: 47

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Aurora Loan Services, its assignees and/or success
intp          Courtesy NEF
cr            Residential Funding Company, LLC
24604072      Equiant Financial Svcs
24604075      Gemb/lowes Dc
cr*           ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court:  Wachovia Dealer Services,    PO Box 19657,   Irvine, CA  92623)
                                                                                           TOTALS: 5, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2010**            **Signature:** _/s/ Joseph Speetjens_